No. 95–8180.  JACKSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–8184.  WATTS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–8185.  URENA-VASQUEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–8186.  THOMAS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–8187.  USRY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8194.  COLEMAN *v.* HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 95–1190.  MCCLARAN, DIRECTOR, CHILD SUPPORT SERVICES, TENNESSEE DEPARTMENT OF HUMAN SERVICES *v.* DAVIS ET AL.  Sup. Ct. Tenn.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–1205.  IDAHO *v.* LANKFORD.  Sup. Ct. Idaho.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1219.  NEWMAN *v.* CONSOLIDATION COAL CO.  C. A. 3d Cir.  Motion of petitioner for leave to proceed as a seaman granted.  Certiorari denied.

No. 95–1221.  HYMAN *v.* VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va.  Motion of M. Patton Echols, Jr., and Barbara B. Tanes to be substituted in place of Joseph B. Hyman, deceased, granted.  Certiorari denied.

No. 95–630.  BAIRD *v.* UNITED STATES, 516 U. S. 1111;
No. 95–934.  JOHNSON *v.* JOHNSON ET AL., 516 U. S. 1115;
No. 95–6957.  HALSTEAD *v.* FLORIDA ET AL., 516 U. S. 1123;
No. 95–7006.  IN RE CRAIG, 516 U. S. 1110; and
No. 95–7120.  HERNANDEZ *v.* NEW MEXICO ET AL., 516 U. S. 1126.  Petitions for rehearing denied.